IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BELL SEMICONDUCTOR, LLC,<br>　　　　*Plaintiff*<br><br>-v-<br><br>NXP SEMICONDUCTORS, N.V., NXP,<br>B.V., NXP USA, INC.<br>　　　　*Defendant* | § § § § § § § § § § | A-20-CV-00611-ADA |
| BELL SEMICONDUCTOR, LLC,<br>　　　　PLAINTIFF<br><br>-V-<br><br>MICROCHIP TECHNOLOGY, INC.,<br>MICROSEMI CORPORATION<br>　　　　*Defendant* | § § § § § § § § § § | W-20-cv-00296-ADA |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through April 14, 2021 and finds the requested amount ($37,970.62) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

　　　　Plaintiff:　　　　$15,231.87
　　　　NXP:　　　　　 $9,944.37
　　　　Microchip:　　　$12,794.37

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 14th day of April, 2021.

                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE